Eric Aguilera, Esq. (SBN 192390)
Lindsee Falcone, Esq. (SBN 268072)
V. René Daley, Esq. (SBN 199914)
THE AGUILERA LAW GROUP, APLC
23046 Avenida De La Carlota, Suite 300
Laguna Hills, CA 92653
T: 714-384-6600 / F: 714-384-6601
eaguilera@aguileragroup.com
lfalcone@aguileragroup.com
rdaley@aguileragroup.com

Attorneys for Plaintiffs TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA and THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation; and THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, a Connecticut corporation,<br><br>Plaintiffs,<br><br>v.<br><br>PROJECT FROG, INC., a Delaware corporation; USS CAL BUILDERS, INC., a California corporation; ROCKHILL INSURANCE COMPANY, and DOES 1 through 10 inclusive,<br><br>Defendants | Case No.: 3:21-cv-09727-CRB<br><br>**STIPULATION TO EXTEND PROJECT FROG, INC.'S TIME TO RESPOND TO PLAINTIFFS' COMPLAINT** |

1

**STIPULATION EXTENDING PROJECT FROG INC'S TIME TO RESPOND**

Plaintiffs Travelers Property Casualty Company of America and The Travelers Indemnity Company of Connecticut ("Travelers") and Project Frog, Inc. ("Project Frog") hereby stipulate that Project Frog's time to respond to Travelers' complaint in this action is extended to March 10, 2022.

DATED:  February 24, 2022          The Aguilera Law Group, APLC

/s/ *A. Eric Aguilera*
A. Eric Aguilera
Lindsee B. Falcone
V. René Daley
Counsel for Travelers Property Casualty Company of America and The Travelers Indemnity Company of Connecticut

DATED:  February 22, 2022          Ayala-Bass Law P.C

/s/ Joren S. Ayala-Bass[1]
Joren S. Ayala-Bass
Counsel for Project Frog, Inc.

---

[1] Filing counsel attests that Joren S. Ayala-Bass concurs in the filing of this document.

2

**STIPULATION EXTENDING PROJECT FROG INC'S TIME TO RESPOND**

# CERTIFICATE OF SERVICE

I, Dominique Alferez, declare as follows:

 I am employed in the County of Orange, State of California.  I am over the age of 18 and am not a party to the within-action.  My business address is 23046 Avenida De La Carlota, Suite 300, Laguna Hills, CA 92653.  On **_February 24, 2022_**, I served a copy of the following documents:

DOCUMENT(S) SERVED:
STIPULATION TO EXTEND PROJECT FROG INC.'S TIME TO RESPOND TO PLAINTIFFS' COMPLAINT

SERVED UPON:  **SEE ATTACHED SERVICE LIST**

☒ (BY ELECTRONIC MAIL) By agreement of all parties, the above-referenced document was transmitted via electronic service and the transmission was reported as complete and without error. Pursuant to C.R.C. 2.260, I verify that the documents have been electronically transmitted from my registered email address (dalferez@aguileragroup.com) provided by my employer, The Aguilera Law Group, APLC, and was sent on **_February 24, 2022_**.

☐ (BY ELECTRONIC FILING WITH THE U.S. DISTRICT COURT)  I certify that on **_February 24, 2022_**  I electronically transmitted the attached document to the United States District Court and/or the US District Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the ECF registrants/recipients registered with the United States District Court according to Federal District Court Rules requirements.

☒ (FEDERAL)  I declare that I am employed in the office of a member of the bar of this court, at whose direction this service was made.

Executed on **_February 24, 2022_**, at Laguna Hills, California.

          */s/ Dominique Alferez*
          Dominique Alferez

# SERVICE LIST

*Travelers property Casualty Company et al., v. Project Frog et al.,*
**USDC Northern District, Case No.: 3:21-cv-09727-CRB**

| | |
|---|---|
| Norman Lau, Esq.<br>Christopher Frost, Esq.<br>MAYNARD COOPER & GALE<br>Two Embarcadero Center, Suite 1450<br>San Francisco, CA 94111<br>NLau@maynardcooper.com<br>CFrost@maynardcooper.com | Attorneys for Defendant Specially Appearing for Limited Purpose of Extension for Rockhill Insurance Company |
| JOREN S. AYALA-BASS<br>Ayala-Bass Law P.C.<br>201 Spear Street, Ste. 1100<br>San Francisco, CA 94105<br>650-743-3533<br>joren@ayalabasslaw.com | Counsel for Defendant,<br>Project Frog, Inc. |