1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation; and THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, a Connecticut corporation,<br><br>Plaintiff,<br>v.<br><br>PROJECT FROG, INC., a Delaware corporation; USS CAL BUILDERS, INC., a California corporation; ROCKHILL INSURANCE COMPANY, and DOES 1 through 10 inclusive,<br><br>Defendants. | Case No.21-CV-09727-YGR<br><br>Hon. Yvonne Gonzalez Rogers<br><br>**[Proposed] Order Approving Request for Substitution/Withdrawal of Counsel**<br><br>Complaint Served: January 21, 2022 |
|---|---|

The Court hereby orders that the request of USS Cal Builders to substitute James Derfler, having already appeared and associated into this matter, as counsel of record, and removing Feldman & Associates (Mark Feldman and Adam Meyers) as counsel of record is hereby Granted.

Notice of Change of Counsel

1 | The clerk is ordered to terminate Notices of Electronic filing for the
2 | withdrawing attorneys: filings@feldmanandassoc.com;
3 | mfeldman@feldmanandassoc.com; ameyers@feldmanandassoc.com.

Dated: August ____, 2022

_____
The Hon. Yvonne Gonzalez Rogers
United States District Judge