# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, ET AL.,**<br><br>Plaintiffs,<br><br>vs.<br><br>**PROJECT FROG, INC., ET AL.,**<br><br>Defendants. | CASE NO. 21-cv-09727-YGR<br><br>**ORDER TO SHOW CAUSE RE: ANSWER**<br><br>Re: Dkt. No. 39 |

On July 27, 2022 this Court denied Project Frog's motion to dismiss. (Dkt. No. 35.) Defendants still have not answered the complaint. On August 22, 2022 the parties stipulated that Project Frog would file an answer to the complaint by August 24, 2022. (Dkt. No. 39.) Project Frog did not file an answer by that date.

A compliance deadline of **9:01 a.m.** on **Friday, September 9, 2022** is set. No later than **Friday, September 2, 2022**, defendant shall file an answer or the parties shall file a **JOINT STATEMENT** setting forth a date by which an answer shall be filed. If compliance is complete, the compliance deadline will be taken off calendar.

Failure to comply will result in the imposition of sanctions of $250.00.

**IT IS SO ORDERED.**

Dated: August 26, 2022

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE