**THE AGUILERA LAW GROUP, APLC**
A. Eric Aguilera (SBN 192390)
eaguilera@aguileragroup.com
Lindsee Falcone (SBN 268072)
lfalcone@aguileragroup.com
V. René Daley (SBN 199914)
rdaley@aguileragroup.com
23046 Avenida De La Carlota
Suite 300
Laguna Hills, CA 92653
T: 714-384-6600 / F: 714-384-6601
alg@aguileragroup.com

Attorneys for Plaintiffs,
Travelers Property Casualty Company of America and The Travelers indemnity
Company of Connecticut

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation; and THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, a Connecticut corporation, <br><br> Plaintiffs, <br><br> vs. <br><br> PROJECT FROG, INC., a Delaware corporation; USS CAL BUILDERS, INC., a California corporation; ROCKHILL INSURANCE COMPANY, and DOES 1 through 10 inclusive, <br><br> Defendants. | Case No.: 4:21-cv-09727-AMO <br><br> *(Honorable Araceli Martínez-Olguín, Courtroom 5, 2nd Floor, Oakland Courthouse)* <br><br> ~~**[PROPOSED]**~~ **JUDGMENT** |

This action came on for hearing before this Court on April 16, 2026, the Honorable Araceli Martínez-Olguín, District Judge Presiding, on the partial

1

~~[PROPOSED]~~ JUDGMENT
Case No.: 4:21-cv-09727-AMO

summary judgment cross-motions of Plaintiffs Travelers Property Casualty Company of America and The Travelers Indemnity Company of Connecticut (hereafter "Travelers"), Defendant Rockhill Insurance Company ("Rockhill"), Defendant Project Frog, Inc. ("Project Frog"), and Defendant USS Cal Builders, Inc. ("USS Cal"), regarding Travelers' and Rockhill's duty to defend in a California state court coordinated proceeding concerning a South San Francisco Unified School District construction project (the "Underlying Litigation"). On July 9, 2026, the Court entered its Order re Cross-Motions for Summary Judgment (the "Order") granting Travelers' and Rockhill's joint motion against USS Cal and Project Frog on the duty to defend, granting Rockhill's motion against Travelers on the duty to defend, denying Travelers' motion against Rockhill on the duty to defend, and denying USS Cal's and Project Frog's motions against Travelers on the duty to defend.

IT IS HEREBY ORDERED AND ADJUDGED as follows:

1.      Pursuant to the Parties' cross-motions for summary judgment and for the reasons stated in the Court's July 9, 2026 order [Dkt. 129], the Court orders that judgment be entered as follows.

2.      With respect to Travelers' claims for declaratory relief, the Court has held Travelers had no duty to defend Project Frog or USS Cal in the Underlying Action.  Furthermore, the Court has determined that there is no just reason for delay and enters final judgment in favor of Travelers declaring that it had no duty to defend Project Frog or USS Cal in the Underlying Action.

3.      The Court has determined Rockhill had no duty to defend USS Cal or Project Frog.  Furthermore, the Court has determined that there is no just reason for delay and enters final judgment against Travelers with respect to Travelers'

[PROPOSED] JUDGMENT
Case No.: 4:21-cv-09727-AMO

cause of action seeking equitable contribution from Rockhill. Rockhill shall recover its costs from Travelers.

4.    The Court has determined that because Travelers had no duty to defend, it "may seek reimbursement of defense costs [it] advanced subject to a reservation of rights." The amount of Travelers' reimbursement is subject to proof and remains a pending claim.

Dated: July 28, 2026    _____
Honorable Araceli Martínez-Olguín,
Judge
United States District Court

[PROPOSED] JUDGMENT
Case No.: 4:21-cv-09727-AMO