Eric Aguilera, Esq. (SBN 192390)
Lindsee Falcone, Esq. (SBN 268072)
V. René Daley, Esq. (SBN 199914)
THE AGUILERA LAW GROUP, APLC
23046 Avenida De La Carlota, Suite 300
Laguna Hills, CA 92653
T: 714-384-6600 / F: 714-384-6601
eaguilera@aguileragroup.com
lfalcone@aguileragroup.com
rdaley@aguileragroup.com

Attorneys for Plaintiffs, TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA and THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation; and THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, a Connecticut corporation,<br><br>            Plaintiffs,<br><br>      v.<br><br>PROJECT FROG, INC., a Delaware corporation; USS CAL BUILDERS, INC., a California corporation; ROCKHILL INSURANCE COMPANY,  and DOES 1 through 10 inclusive,<br><br>            Defendants | Case No.: 4:21-cv-09727-AMO<br><br>**JOIN**T ~~PROPOSED~~ **SCHEDULING ORDER** |

1

**JOINT** ~~PROPOSED~~ **SCHEDULING ORDER**

1.      Plaintiffs, Travelers Property Casualty Company of America and The Travelers Indemnity Company of Connecticut (collectively, "Travelers"), defendant Project Frog, Inc. ("Project Frog"), and defendant USS Cal Builders Inc. ("USS Cal") have met and conferred in connection with submitting this proposed order.

2.      Travelers, Project Frog, USS Cal, and defendant Rockhill Insurance Company scheduled a mediation with Craig Meredith prior to the publication of the order on the parties' cross-motions for summary judgment. That mediation is currently scheduled for October 7, 2026.

3.      Travelers, Project Frog, and USS Cal believe that resolving the amount of Travelers' reimbursement claims is an issue that is appropriate for resolution by dispositive motion, and request the Court vacate the current trial date to accommodate resolution of the amount of Travelers' reimbursement claims by dispositive motion.

4.      Travelers, Project Frog, and USS Cal propose the following briefing schedule.

| **Event** | **Deadline** |
|---|---|
| Travelers' summary judgment motion regarding the amount of reimbursement it is entitled to recover from Project Frog[1] (page limit 12 pages) | September 30, 2026 |

[1] Travelers intends to support its motions for reimbursement using invoices from defense counsel, which include privileged descriptions of work performed.  In order to avoid waiver of Project Frog's and USS Cal's attorney client privilege, Travelers, Project Frog, and USS Cal believe it is appropriate for Travelers to file separate motions for summary judgment and file the privileged exhibits under seal.

**JOINT PROPOSED SCHEDULING ORDER**

| | |
|---|---|
| Travelers' summary judgment motion regarding the amount of reimbursement it is entitled to recover from USS Cal (page limit 12 pages) | September 30, 2026 |
| Project Frog's opposition to Travelers summary judgment motion regarding the amount of reimbursement (page limit 12 pages) | October 19, 2026 |
| Project Frog's opposition to Travelers summary judgment motion regarding the amount of reimbursement (page limit 12 pages) | October 19, 2026 |
| Travelers' replies to Project Frog's and USS Cal's oppositions to the motions for summary judgment regarding the amount of reimbursement (cumulative page limit of 15 pages) | October 26, 2026 |



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

APPROVED

Judge Araceli Martinez-Olguin

**JOINT** ~~**PROPOSED**~~ **SCHEDULING ORDER**