# EXHIBIT 1

## Veritext, LLC - California Region

Tel. (818) 551-7300 Email: clientservices-abi@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Rebecca Orloff | | |
| --- | --- | --- | --- |
| | Pollak Vida & Barer | **Invoice #:** | **9385191** |
| | 11500 West Olympic Blvd. | **Invoice Date:** | **6/30/2026** |
| | Suite 400 | **Balance Due:** | **$1,473.30** |
| | Los Angeles, CA, 90064 | | |

| Case: Travelers Property Casualty Company of America v. Project Frog, Inc. (3:21-cv-09727-AMO) | Proceeding Type: Depositions |
| --- | --- |

Job #: 8267516    |    Job Date: 6/23/2026    |    Delivery: Normal

| Location: | Los Angeles, CA |
| --- | --- |
| Billing Atty: | Rebecca Orloff |
| Scheduling Atty: | Jordan A. Rodman | Rodman & Associates |

| Witness: Jacqueline Vinaccia | Amount |
| --- | --- |
| Transcript Services | $1,043.40 |
| Exhibits | $94.90 |
| Logistics, Processing & Electronic Files | $185.00 |
| Smart Package - Over 100 Transcript Pages | $150.00 |

| Notes: | | Invoice Total: | $1,473.30 |
| --- | --- | --- | --- |
| | | Payment: | $0.00 |
| | | Credit: | $0.00 |
| | | Interest: | $0.00 |
| | | Balance Due: | $1,473.30 |

TERMS:   Payment is due upon receipt of invoice and is not contingent on client or third-party reimbursement. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. The BILL TO identified above is the contracting party and is responsible for payment of this invoice unless agreed to in writing prior to the rendering of services. If you have questions about your invoice, please notify Veritext immediately. Invoices cannot be redirected or split after 90 days. For more information on charges related to our services, please consult: https://www.veritext.com/service-information-details/

---

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

**Invoice #:  9385191**

**Invoice Date:  6/30/2026**

**Balance Due:  $1,473.30**

Pay by Credit Card: www.veritext.com

161299

# EXHIBIT 2

# I N V O I C E

1 of 1

**AMK**
**ABRAMS, MAH & KAHN**
REPORTING SERVICE

Phone: (800) 622-0226
info@AMKreporting.com

2530 Red Hill Avenue, Suite 120
Santa Ana, California 92705

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 181415*** | 3/30/2026 | 78681 |
| **Job Date** | **Case No.** | |
| 2/27/2026 | 3:21-CV-09727-AMO | |
| **Case Name** | | |
| Travelers Property Casualty Co. of America vs. Project Frog, Inc. | | |
| **Payment Terms** | | |
| COD | | |

Rebecca Orloff, Esq.
Pollak, Vida & Barer
11500 West Olympic Boulevard, Suite 400
Los Angeles, CA 90064

---

1 CERTIFIED COPY OF TRANSCRIPT OF:
   Sam Rabinowitz

               882.75

**TOTAL DUE  >>>**        **$882.75**

Location of Job   : ZOOM ROOM

THANK YOU.

---

**Tax ID:** 99-2447796

*Please detach bottom portion and return with payment.*

Rebecca Orloff, Esq.
Pollak, Vida & Barer
11500 West Olympic Boulevard, Suite 400
Los Angeles, CA 90064

Invoice No.   : 181415***
Invoice Date  : 3/30/2026
**Total Due**   **: $882.75**

Remit To:  **AMK Reporting, Inc.**
          **2530 Red Hill Avenue, Suite 120**
          **Santa Ana, CA 92705**

Job No.      : 78681
BU ID       : A-NB
Case No.     : 3:21-CV-09727-AMO
Case Name  : Travelers Property Casualty Co. of America
             vs. Project Frog, Inc.

# EXHIBIT 3

# INVOICE

1 of 1

**AMK**
ABRAMS, MAH & KAHN
REPORTING SERVICE

Phone: (800) 622-0226
info@AMKreporting.com

2530 Red Hill Avenue, Suite 120
Santa Ana, California 92705

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 181250*** | 3/20/2026 | 78875 |

| Job Date | Case No. | |
|---|---|---|
| 3/10/2026 | 3:21-CV-09727-AMO | |

| Case Name |
|---|
| Travelers Property Casualty Co. of America vs. Project Frog, Inc. |

| Payment Terms |
|---|
| COD |

Rebecca Orloff, Esq.
Pollak, Vida & Barer
11500 West Olympic Boulevard, Suite 400
Los Angeles, CA 90064

1 CERTIFIED COPY OF TRANSCRIPT OF:
    Allen Othman - Cal Builders, Inc. PMK

    578.70

**TOTAL DUE  >>>**    **$578.70**

Location of Job   : ZOOM ROOM

THANK YOU.

**Tax ID:** 99-2447796

*Please detach bottom portion and return with payment.*

Rebecca Orloff, Esq.
Pollak, Vida & Barer
11500 West Olympic Boulevard, Suite 400
Los Angeles, CA 90064

| | |
|---|---|
| Invoice No. | : 181250*** |
| Invoice Date | : 3/20/2026 |
| **Total Due** | : **$578.70** |

Remit To: **AMK Reporting, Inc.**
        **2530 Red Hill Avenue, Suite 120**
        **Santa Ana, CA 92705**

| | |
|---|---|
| Job No. | : 78875 |
| BU ID | : A-NB |
| Case No. | : 3:21-CV-09727-AMO |
| Case Name | : Travelers Property Casualty Co. of America vs. Project Frog, Inc. |

# EXHIBIT 4

# Veritext, LLC - California Region

Tel. (818) 551-7300 Email: clientservices-abi@veritext.com
Fed. Tax ID: 20-3132569



Bill To: Rebecca Orloff
Pollak Vida & Barer
11500 West Olympic Blvd.
Suite 400
Los Angeles, CA, 90064

| | |
|---|---|
| **Invoice #:** | **9076295** |
| **Invoice Date:** | **3/10/2026** |
| **Balance Due:** | **$2,605.72** |

0185.380

| Case: Travelers Property Casualty Company Of America v. Project Frog Inc  (3:21-cv-09727-AMO) | Proceeding Type: Depositions |
|---|---|

Job #: 7884574   |   Job Date: 2/12/2026   |   Delivery: Normal

Location:            Los Angeles, CA

Billing Atty:        Rebecca Orloff

Scheduling Atty:   Rebecca Orloff | Pollak Vida & Barer

| Witness: Antony Vandermoore , 30(b)(6) | Amount |
|---|---|
| Transcript Services | $1,732.75 |
| Attendance (Split - Your Share) | $116.67 |
| Exhibits | $131.30 |
| Logistics, Processing & Electronic Files | $225.00 |
| Virtual Services | $290.00 |
| Smart Summary - Over 100 Transcript Pages | $110.00 |

| Notes:    Reporter's attendance fee split between 3 parties - This is your share | | |
|---|---|---|
| | **Invoice Total:** | **$2,605.72** |
| | **Payment:** | **$0.00** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$2,605.72** |

TERMS:   Payment is due upon receipt of invoice and is not contingent on client or third-party reimbursement. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. The BILL TO identified above is the contracting party and is responsible for payment of this invoice unless agreed to in writing prior to the rendering of services. If you have questions about your invoice, please notify Veritext immediately. Invoices cannot be redirected or split after 90 days. For more information on charges related to our services, please consult: https://www.veritext.com/service-information-details/

---

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

**Invoice #:  9076295**

**Invoice Date:   3/10/2026**

**Balance Due:  $2,605.72**

Pay by Credit Card: www.veritext.com

161299