James T. Derfler (SBN 180367)
*Email: jderfler@wlfllp.com*
WALSH LEA FURCOLO LLP
402 West Broadway, Suite 1010
San Diego, CA 92101
Telephone: (619) 232-8486
Facsimile: (619) 232-2691

Attorneys for Defendant
USS CAL BUILDERS, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation; and THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, a Connecticut corporation,

Plaintiffs,

v.

PROJECT FROG, INC., a Delaware corporation; USS CAL BUILDERS, INC., a California corporation; ROCKHILL INSURANCE COMPANY, and DOES 1 through 10 inclusive,

Defendants.

**CASE NO. 3:21-cv-09727-AMO**

**DECLARATION OF JAMES T. DERFLER IN SUPPORT OF USS CAL BUILDERS, INC.'S OPPOSITION TO MOTION FOR SUMMARY JUDGMENT FOR REIMBURSEMENT OF DEFENSE EXPENSES FROM USS CAL**

**DATE:** December 17, 2026
**TIME:** 2:00 P.M.
**DEPT.** 1301 Clay Street
Oakland, CA

District Judge:
Hon. Araceli Martínez-Olguín

I, James T. Derfler, declare as follows:

1. The undersigned is a partner at the law firm of Walsh Lea Furcolo LLP (WLF), counsel for Defendant USS Cal Builders, Inc. (USS Cal). The matters stated herein are within my personal knowledge. If called as a witness, the undersigned could and would competently testify thereto.

2. This declaration has been prepared in support of USS Cal's opposition to the motion for summary judgment (MSJ) for reimbursement of defense expenses filed by plaintiffs Travelers Property Casualty Company Of America and Travelers Indemnity Company Of Connecticut (collectively "Travelers").

3. Exhibit A attached hereto contains excerpts of the spreadsheet matrix contained in Exhibit 2 attached to the declaration of René Daley in support of Travelers' MSJ. (Exhibit 2 is a 7-page document entitled **Financial Detail**. Under the **Payment Detail** caption is a multi-page matrix that summarizes what appears to be defense payments made through the policies issued to T3.) The line-items denoted in yellow in Exhibit A are dollar amounts that do not have corresponding payments in Exhibit 5 attached to the declaration of Rochelle Ware. (Exhibit 5 (pp. 115-146) is a 32-page document that appears to be a compendium of checks and EFT records of financial transactions associated with Travelers' defense of USS (according to the declaration) through the policies issued to T3.)

4. A review of Exhibit 5 attached to the Ware declaration revealed that the following line-item amounts identified in Exhibit 2 attached to the Daley declaration do not have corresponding payment records in Exhibit 5:

| **EXHIBIT 2** | **AMOUNT** | **REFERENCE #** |
|---|---|---|
| **Page 38 of 57** | | |
| PAYMENT DETAIL | | |
| Line 1 | $686.60 | 2885041 |
| Line 2 | $2,033.13 | 2857877 |
| Line 5 | $933.24 | 2799664 |
| Line 6 | $794.67 | 2775433 |

| | | |
|---|---|---|
| Line 7 | $731.93 | 2759572 |
| **Page 39 of 57** | | |
| Line 1 | $479.95 | 2740628 |
| Line 2 | $964.80 | 2736154 |
| Line 3 | $1,337.87 | 2717183 |
| Line 6 | $636.00 | 2680650 |
| **Page 41 of 57** | | |
| Line 1 | $1,490.89 | 95957342 |
| Line 7 | $1,238.93 | 95801440 |
| Line 9 | $23.71 | 95682508 |
| Line 10 | $9,065.24 | 95654075 |
| **Page 42 of 57** | | |
| Line 2 | $48,442.75 | 95468897 |
| Line 7 | $4,450.00 | 94949160 |
| **Page 43 of 57** | | |
| Line 4 | $3,625.65 | 93694619 |
| Line 7 | $12,025.91 | 93580724 |
| Line 9 | $14,025.79 | 93273366 |
| Line 10 | $629.27 | 93273366 |
| **Page 44 of 57** | | |
| Line 4 | $8,200.50 | 1983814 |
| Line 5 | $309,544.51 | 93079059 |
| Line 6 | $3,156.25 | 93075182 |
| Line 7 | $16,815.42 | 93075181 |
| Line 8 | $6,466.02 | 92974621 |
| **TOTAL** | **$447,799.03** | |

5. Exhibit B attached hereto contains excerpts of the spreadsheet matrix contained in Exhibit 3 attached to the Daley declaration in support of Travelers' MSJ. (Exhibit 3 (pp. 46-57) is a 10-page document entitled **Financial Detail**. Under the **Payment Detail** caption is a multi-page matrix that summarizes what appears to be defense payments made through the policies issued to ASF.) The line-items denoted in yellow in Exhibit B are dollar amounts that do not have corresponding payments in Exhibit 4 attached to the Ware declaration. (Exhibit 4 (pp. 4-113) is a 109-page document that appears to be a compendium of checks and EFT records for financial transactions associated with Travelers' defense of USS Cal (according to the declaration) through the policies issued to ASF.)

6. A review of Exhibit 4 attached to the Ware declaration revealed that the following line-item amounts in Exhibit 3 attached to the Daley declaration do not have corresponding payment records in Exhibit 4:

| **EXHIBIT 3** | **AMOUNT** | **REFERENCE #** |
|---|---|---|
| **Page 48 of 57** | | |
| Line 4 | $696.67 | 2884109 |
| Line 5 | $2,033.13 | 2857876 |
| Line 9 | $4,130.00 | 97956496 |
| Line 10 | $933.24 | 2797653 |
| Line 12 | $794.59 | 2775083 |
| **Page 49 of 57** | | |
| Line 1 | $2,102.88 | 97659994 |
| Line 2 | $731.93 | 2759571 |
| Line 3 | $479.95 | 2741424 |
| Line 4 | $964.80 | 2736153 |
| Line 5 | $1,337.87 | 2717182 |
| Line 7 | $617.94 | 2695757 |
| **Page 51 of 57** | | |
| Line 2 | $1,520.33 | 96151320 |
| Line 4 | $2,729.81 | 96021272 |
| Line 9 | $1,238.93 | 95936948 |
| **Page 52 of 57** | | |
| Line 1 | $23.73 | 95688062 |
| Line 2 | $9,065.25 | 95656649 |
| Line 6 | $42,829.80 | 95468898 |
| Line 11 | $4,450.00 | 94949159 |
| Line 12 | $833.03 | 94932589 |
| **Page 53 of 57** | | |
| Line 1 | $4,779.91 | 94834637 |
| Line 7 | $4,031.31 | 93849098 |
| Line 8 | $3,625.65 | 93849097 |
| Line 9 | $26,681.00 | 93673525 |
| **Page 54 of 57** | | |
| Line 3 | $3,156.32 | 93103292 |
| Line 4 | $23,795.86 | 93079058 |
| Line 5 | $186,235.30 | 93079058 |
| **Page 55 of 57** | | |
| Line 1 | $112,434.00 | 92218635 |
| TOTAL | $442,253.23 | |

7. During the course of the present litigation, the undersigned propounded document-production requests, pursuant to Fed.R.Civ.P. Rule 34, to Travelers requesting all documents establishing the amounts Travelers expended in defending USS Cal in the underlying action through the policies issued to ASF and T3.

8. Not all of the payment records attached to the Ware declaration were produced prior to the close of fact discovery. On June 3, 2026 (after the close of fact discovery), Travelers served a supplemental production. The final document in that production is Bates-stamp number TRV00016807. The documents attached to the Ware declaration start with Bates-stamp number TRV00016837.

9. On June 22, 2026, Travelers' expert Jacqueline Vinaccia was deposed. On the day of but prior to the start of the deposition, Travelers produced thousands of documents — long after the close of fact discovery. The production included invoices generated by the law firm retained by Travelers on behalf of USS Cal (Lee Hernandez, Landrum & Garagola).

10. During the course of the underlying action, the undersigned was retained as defense counsel for USS Cal. USS Cal's insurer Allied World Assurance Company (U.S.) Inc. retained the law firm Burnham & Brown as defense counsel.

11. USS Cal's personal counsel, Feldman & Associates, tendered USS Cal's defense to Travelers.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on October 19, 2026.

By: *_/s/ James T. Derfler_*
JAMES T. DERFLER