# EXHIBIT A

# Financial Detail

Claim:
**ACQ7478 - 000 FILE LEVEL**

Selection Criteria
Selected Grouping by: **Payment Type**
Date Range: **03/12/2019 To 06/10/2025**

## Financial Summary

Summary

| Payment Type | Incurred | Gross Paid | Credit | Net Paid | Outstanding Reserves |
|---|---|---|---|---|---|
| Indemnity | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Expense | $671,429.00 | $671,428.11 | $0.00 | $671,428.11 | $0.89 |
| **Total** | **$671,429.00** | **$671,428.11** | **$0.00** | **$671,428.11** | **$0.89** |

## Payment Detail

Summary

| Coverage | Clmt Nbr | Amount | Reference Number | Payee | Input Date | From | To | Bill Control Number |
|---|---|---|---|---|---|---|---|---|
| PRPD - Products Property Damage Liability | 001 | $686.60 | EFT01-0002885041 | LEE HERNANDEZ LANDRUM, GAROFALO | 12/07/2023 | 10/2/2023 | 10/23/2023 | 00009071197 |
| PRPD - Products Property Damage Liability | 001 | $2,033.13 | EFT01-0002857877 | LEE HERNANDEZ LANDRUM, GAROFALO | 10/27/2023 | 9/1/2023 | 9/29/2023 | 00008950584 |
| PRPD - Products Property Damage Liability | 001 | $526.61 | EFT01-0002841093 | LEE HERNANDEZ LANDRUM, GAROFALO | 10/02/2023 | 8/1/2023 | 8/30/2023 | 00008853057 |
| PRPD - Products Property Damage Liability | 001 | $400.00 | EFT01-0002839056 | LEE HERNANDEZ LANDRUM, GAROFALO | 09/29/2023 | 7/1/2023 | 7/31/2023 | 00008852158 |
| PRPD - Products Property Damage Liability | 001 | $933.24 | EFT01-0002799664 | LEE HERNANDEZ LANDRUM, GAROFALO | 07/31/2023 | 6/1/2023 | 6/30/2023 | 00008611856 |
| PRPD - Products Property Damage Liability | 001 | $794.67 | EFT01-0002775433 | LEE HERNANDEZ LANDRUM, GAROFALO | 06/23/2023 | 5/1/2023 | 5/31/2023 | 00008497332 |
| PRPD - Products Property Damage Liability | 001 | $731.93 | EFT01-0002759572 | LEE HERNANDEZ LANDRUM, | 05/26/2023 | 4/5/2023 | 4/30/2023 | 00008413353 |

EXHIBIT
18

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | GAROFALO | | | | |
| PRPD - Products Property Damage Liability | 001 | $479.95 | EFT01-0002740628 | LEE HERNANDEZ LANDRUM, GAROFALO | 04/26/2023 | 3/1/2023 | 3/30/2023 | 00008273822 |
| PRPD - Products Property Damage Liability | 001 | $964.80 | EFT01-0002736154 | LEE HERNANDEZ LANDRUM, GAROFALO | 04/19/2023 | 2/2/2023 | 2/28/2023 | 00008212532 |
| PRPD - Products Property Damage Liability | 001 | $1,337.87 | EFT01-0002717183 | LEE HERNANDEZ LANDRUM, GAROFALO | 03/21/2023 | 1/1/2023 | 1/31/2023 | 00008072811 |
| PRPD - Products Property Damage Liability | 001 | $617.94 | EFT01-0002695759 | LEE HERNANDEZ LANDRUM, GAROFALO | 02/16/2023 | 12/1/2022 | 12/30/2022 | 00007973403 |
| PRPD - Products Property Damage Liability | 001 | $830.42 | EFT01-0002680651 | LEE HERNANDEZ LANDRUM, GAROFALO | 01/23/2023 | 11/1/2022 | 11/30/2022 | 00007868529 |
| PRPD - Products Property Damage Liability | 001 | $636.00 | EFT01-0002680650 | LEE HERNANDEZ LANDRUM, GAROFALO | 01/23/2023 | 10/3/2022 | 10/31/2022 | 00007849244 |
| PRPD - Products Property Damage Liability | 001 | $1,613.84 | EFT01-0002638179 | LEE HERNANDEZ LANDRUM, GAROFALO | 11/10/2022 | 9/1/2022 | 9/30/2022 | 00007612741 |
| PRPD - Products Property Damage Liability | 001 | $7.33 | EFT01-0002615944 | LEE HERNANDEZ LANDRUM, GAROFALO | 10/05/2022 | 8/1/2022 | 8/31/2022 | 00007470635 |
| PRPD - Products Property Damage Liability | 001 | $1,595.84 | EFT01-0002615944 | LEE HERNANDEZ LANDRUM, GAROFALO | 10/05/2022 | 8/1/2022 | 8/31/2022 | 00007470635 |
| PRPD - Products Property Damage Liability | 001 | $7.33 | EFT01-0002594533 | LEE HERNANDEZ LANDRUM, GAROFALO | 08/31/2022 | 7/1/2022 | 7/31/2022 | 00007385105 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| PRPD - Products Property Damage Liability | 001 | $1,490.89 | 896D-0095957342 | LEGAL COST CONSULTANTS, INC | 12/21/2021 | | | |
| PRPD - Products Property Damage Liability | 001 | $47.00 | EFT01-0002444174 | LEE HERNANDEZ LANDRUM, GAROFALO | 12/20/2021 | 10/1/2021 | 10/31/2021 | 00006538026 |
| PRPD - Products Property Damage Liability | 001 | $4,158.00 | EFT01-0002444174 | LEE HERNANDEZ LANDRUM, GAROFALO | 12/20/2021 | 10/1/2021 | 10/31/2021 | 00006538026 |
| PRPD - Products Property Damage Liability | 001 | $94.75 | EFT01-0002442167 | LEE HERNANDEZ LANDRUM, GAROFALO | 12/17/2021 | 9/2/2021 | 9/29/2021 | 00006538525 |
| PRPD - Products Property Damage Liability | 001 | $53.50 | EFT01-0002424714 | LEE HERNANDEZ LANDRUM, GAROFALO | 11/16/2021 | 9/2/2021 | 9/30/2021 | 00006426413 |
| PRPD - Products Property Damage Liability | 001 | $1,034.50 | EFT01-0002424714 | LEE HERNANDEZ LANDRUM, GAROFALO | 11/16/2021 | 9/2/2021 | 9/30/2021 | 00006426413 |
| PRPD - Products Property Damage Liability | 001 | $1,238.93 | 896D-0095801440 | LEGAL COST CONSULTANTS, INC | 11/04/2021 | | | |
| PRPD - Products Property Damage Liability | 001 | $4,464.00 | EFT01-0002405889 | LEE HERNANDEZ LANDRUM, GAROFALO | 10/15/2021 | 8/1/2021 | 8/31/2021 | 00006344199 |
| PRPD - Products Property Damage Liability | 001 | $23.71 | 896D-0095682508 | LEGAL COST CONSULTANTS, INC | 09/29/2021 | | | |
| PRPD - Products Property Damage Liability | 001 | $9,065.24 | 896D-0095654075 | LEGAL COST CONSULTANTS, INC | 09/20/2021 | | | |
| PRPD - Products Property Damage Liability | 001 | $47.00 | EFT01-0002389322 | LEE HERNANDEZ LANDRUM, GAROFALO | 09/17/2021 | 7/1/2021 | 7/30/2021 | 00006251524 |
| PRPD - Products Property Damage Liability | 001 | $7,560.00 | EFT01-0002389322 | LEE HERNANDEZ LANDRUM, GAROFALO | 09/17/2021 | 7/1/2021 | 7/30/2021 | 00006251524 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| PRPD - Products Property Damage Liability | 001 | $3,357.00 | EFT01-0002365597 | LEE HERNANDEZ LANDRUM, GAROFALO | 08/06/2021 | 6/1/2021 | 6/30/2021 | 00006158392 |
| PRPD - Products Property Damage Liability | 001 | $48,442.75 | 896D-0095468897 | LEGAL COST CONSULTANTS, INC | 07/26/2021 | | | |
| PRPD - Products Property Damage Liability | 001 | $8,010.00 | EFT01-0002357536 | LEE HERNANDEZ LANDRUM, GAROFALO | 07/23/2021 | 5/1/2021 | 5/28/2021 | 00006091552 |
| PRPD - Products Property Damage Liability | 001 | $94.00 | EFT01-0002355258 | LEE HERNANDEZ LANDRUM, GAROFALO | 07/19/2021 | 4/1/2021 | 4/30/2021 | 00006062638 |
| PRPD - Products Property Damage Liability | 001 | $3,951.00 | EFT01-0002355258 | LEE HERNANDEZ LANDRUM, GAROFALO | 07/19/2021 | 4/1/2021 | 4/30/2021 | 00006062638 |
| PRPD - Products Property Damage Liability | 001 | $9,720.00 | EFT01-0002332303 | LEE HERNANDEZ LANDRUM, GAROFALO | 06/10/2021 | 1/6/2021 | 3/31/2021 | 00005949870 |
| PRPD - Products Property Damage Liability | 001 | $4,450.00 | 896D-0094949160 | CASTLE, DEKKER & BELLAGAMBA | 02/24/2021 | | | |
| PRPD - Products Property Damage Liability | 001 | $6,491.41 | EFT01-0002255916 | LEE HERNANDEZ LANDRUM, GAROFALO | 02/03/2021 | 10/1/2020 | 12/28/2020 | 00005620398 |
| PRPD - Products Property Damage Liability | 001 | $94.00 | EFT01-0002221646 | LEE HERNANDEZ LANDRUM, GAROFALO | 12/03/2020 | 7/1/2020 | 9/30/2020 | 00005296149 |
| PRPD - Products Property Damage Liability | 001 | $38,745.00 | EFT01-0002221646 | LEE HERNANDEZ LANDRUM, GAROFALO | 12/03/2020 | 7/1/2020 | 9/30/2020 | 00005296149 |
| PRPD - Products Property Damage Liability | 001 | $2,310.00 | EFT01-0002161016 | LEE HERNANDEZ LANDRUM, GAROFALO | 08/19/2020 | | | |
| PRPD - Products Property Damage Liability | 001 | $28,593.00 | EFT01-0002153316 | LEE HERNANDEZ LANDRUM, | 08/07/2020 | 4/1/2020 | 6/30/2020 | 00005092785 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | GAROFA LO | | | | |
| PRPD - Products Property Damage Liability | 001 | $4,031.31 | 896D-0093868206 | LEGAL COST CONSUL TANTS, INC.- | 04/15/2020 | | | |
| PRPD - Products Property Damage Liability | 001 | $2,800.13 | EFT01-0002089653 | LEE HERNAN DEZ LANDRU M, GAROFA LO | 04/15/2020 | 1/1/2020 | 3/31/2020 | 000048160 48 |
| PRPD - Products Property Damage Liability | 001 | $25,153.50 | EFT01-0002089653 | LEE HERNAN DEZ LANDRU M, GAROFA LO | 04/15/2020 | 1/1/2020 | 3/31/2020 | 000048160 48 |
| PRPD - Products Property Damage Liability | 001 | $3,625.65 | 896D-0093694619 | LEGAL COST CONSUL TANTS, INC. - USS CAL BUILDER S | 03/02/2020 | | | |
| PRPD - Products Property Damage Liability | 001 | $135.12 | EFT01-0002051410 | LEE HERNAN DEZ LANDRU M, GAROFA LO | 02/13/2020 | 10/1/2019 | 12/31/201 9 | 000045937 05 |
| PRPD - Products Property Damage Liability | 001 | $28,635.75 | EFT01-0002051410 | LEE HERNAN DEZ LANDRU M, GAROFA LO | 02/13/2020 | 10/1/2019 | 12/31/201 9 | 000045937 05 |
| PRPD - Products Property Damage Liability | 001 | $12,025.91 | 896D-0093580724 | LEGAL COST CONSUL TANTS, INC-USS CAL BUILDER SVSSFU SD | 02/04/2020 | | | |
| PRPD - Products Property Damage Liability | 001 | $2,178.00 | EFT01-0002038944 | LEE HERNAN DEZ LANDRU M, GAROFA LO | 01/23/2020 | | | |
| PRPD - Products Property Damage Liability | 001 | $14,025.79 | 896D-0093273366 | LEGAL COST CONSUL TANTS, INC-USS CAL BUILDER SVSSFU SD | 11/18/2019 | | | |
| PRPD - Products Property Damage Liability | 001 | $629.27 | 896D-0093273366 | LEGAL COST CONSUL TANTS, INC-USS CAL BUILDER SVSSFU SD | 11/18/2019 | | | |

Case 4:21-cv-09727-AMO Document 139-1 Filed 09/30/26 Page 44 of 57

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| PRPD - Products Property Damage Liability | 001 | $146.48 | EFT01-0001983815 | LEE HERNANDEZ LANDRUM, GAROFALO | 10/22/2019 | 7/1/2019 | 9/29/2019 | 00004356553 |
| PRPD - Products Property Damage Liability | 001 | $13,587.25 | EFT01-0001983815 | LEE HERNANDEZ LANDRUM, GAROFALO | 10/22/2019 | 7/1/2019 | 9/29/2019 | 00004356553 |
| PRPD - Products Property Damage Liability | 001 | $793.15 | EFT01-0001983814 | LEE HERNANDEZ LANDRUM, GAROFALO | 10/22/2019 | 4/16/2019 | 6/29/2019 | 00004247188 |
| PRPD - Products Property Damage Liability | 001 | $8,200.50 | EFT01-0001983814 | LEE HERNANDEZ LANDRUM, GAROFALO | 10/22/2019 | 4/16/2019 | 6/29/2019 | 00004247188 |
| PRPD - Products Property Damage Liability | 001 | $309,544.51 | 896D-0093079059 | LEGAL COST CONSULTANTS, INC.- | 10/04/2019 | | | |
| PRPD - Products Property Damage Liability | 001 | $3,156.25 | 896D-0093075182 | LEGAL COST CONSULTANTS, INC., - | 10/03/2019 | | | |
| PRPD - Products Property Damage Liability | 001 | $16,815.42 | 896D-0093075181 | LEGAL COST CONSULTANTS, INC.- | 10/03/2019 | | | |
| PRPD - Products Property Damage Liability | 001 | $6,466.02 | 896D-0092974621 | LEGAL COST CONSULTANTS, INC.- | 09/09/2019 | | | |
| **Total** | | **$671,428.11** | | | | | | |