# EXHIBIT B

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| PRPD - Products Property Damage Liability | 001 | $490.00 | EFT01-0002933205 | LEE HERNANDEZ LANDRUM, GAROFALO | 02/20/2024 | 12/1/2023 | 12/27/2023 | 00009282185 |
| PRPD - Products Property Damage Liability | 001 | $640.00 | EFT01-0002912325 | LEE HERNANDEZ LANDRUM, GAROFALO | 01/18/2024 | 11/1/2023 | 11/30/2023 | 00009191436 |
| PRPD - Products Property Damage Liability | 001 | $510.00 | EFT01-0002884110 | LEE HERNANDEZ LANDRUM, GAROFALO | 12/05/2023 | 10/25/2023 | 10/31/2023 | 00009073454 |
| PRPD - Products Property Damage Liability | 001 | $686.67 | EFT01-0002884109 | LEE HERNANDEZ LANDRUM, GAROFALO | 12/05/2023 | 10/2/2023 | 10/23/2023 | 00009073443 |
| PRPD - Products Property Damage Liability | 001 | $2,033.13 | EFT01-0002857876 | LEE HERNANDEZ LANDRUM, GAROFALO | 10/27/2023 | 9/1/2023 | 9/29/2023 | 00008950583 |
| PRPD - Products Property Damage Liability | 001 | $526.61 | EFT01-0002841092 | LEE HERNANDEZ LANDRUM, GAROFALO | 10/02/2023 | 8/1/2023 | 8/30/2023 | 00008853045 |
| PRPD - Products Property Damage Liability | 001 | $400.00 | EFT01-0002839055 | LEE HERNANDEZ LANDRUM, GAROFALO | 09/29/2023 | 7/1/2023 | 7/31/2023 | 00008852155 |
| PRPD - Products Property Damage Liability | 001 | $1,831.98 | 896D-0097956497 | LEGAL COST CONSULTANTS, INC | 09/28/2023 | | | |
| PRPD - Products Property Damage Liability | 001 | $4,130.00 | 896D-0097956496 | LEGAL COST CONSULTANTS, INC | 09/28/2023 | | | |
| PRPD - Products Property Damage Liability | 001 | $933.24 | EFT01-0002797653 | LEE HERNANDEZ LANDRUM, GAROFALO | 07/27/2023 | 6/1/2023 | 6/30/2023 | 00008611884 |
| PRPD - Products Property Damage Liability | 001 | $892.42 | 896D-0097679420 | LEGAL COST CONSULTANTS, INC | 06/27/2023 | | | |
| PRPD - Products Property Damage Liability | 001 | $794.59 | EFT01-0002775083 | LEE HERNANDEZ LANDRUM, GAROFALO | 06/22/2023 | 5/1/2023 | 5/31/2023 | 00008497302 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| PRPD - Products Property Damage Liability | 001 | $2,102.88 | 896D-0097659994 | LEGAL COST CONSUL TANTS, INC | 06/21/2023 | | | |
| PRPD - Products Property Damage Liability | 001 | $731.93 | EFT01-0002759571 | LEE HERNAN DEZ LANDRU M, GAROFA LO | 05/26/2023 | 4/5/2023 | 4/30/2023 | 000084133 56 |
| PRPD - Products Property Damage Liability | 001 | $479.95 | EFT01-0002741424 | LEE HERNAN DEZ LANDRU M, GAROFA LO | 04/28/2023 | 3/1/2023 | 3/30/2023 | 000082738 32 |
| PRPD - Products Property Damage Liability | 001 | $964.80 | EFT01-0002736153 | LEE HERNAN DEZ LANDRU M, GAROFA LO | 04/19/2023 | 2/2/2023 | 2/28/2023 | 000082125 31 |
| PRPD - Products Property Damage Liability | 001 | $1,337.87 | EFT01-0002717182 | LEE HERNAN DEZ LANDRU M, GAROFA LO | 03/21/2023 | 1/1/2023 | 1/31/2023 | 000080728 01 |
| PRPD - Products Property Damage Liability | 001 | $127.13 | 896D-0097337790 | LEGAL COST CONSUL TANTS, INC | 03/09/2023 | | | |
| PRPD - Products Property Damage Liability | 001 | $617.94 | EFT01-0002695757 | LEE HERNAN DEZ LANDRU M, GAROFA LO | 02/16/2023 | 12/1/2022 | 12/30/202 2 | 000079734 01 |
| PRPD - Products Property Damage Liability | 001 | $830.42 | EFT01-0002680649 | LEE HERNAN DEZ LANDRU M, GAROFA LO | 01/23/2023 | 11/1/2022 | 11/30/202 2 | 000078685 24 |
| PRPD - Products Property Damage Liability | 001 | $1,277.87 | EFT01-0002680648 | LEE HERNAN DEZ LANDRU M, GAROFA LO | 01/23/2023 | 10/3/2022 | 10/31/202 2 | 000078492 33 |
| PRPD - Products Property Damage Liability | 001 | $1,613.84 | EFT01-0002638178 | LEE HERNAN DEZ LANDRU M, GAROFA LO | 11/10/2022 | 9/1/2022 | 9/30/2022 | 000076127 34 |
| PRPD - Products Property Damage Liability | 001 | $7.33 | EFT01-0002615943 | LEE HERNAN DEZ LANDRU M, GAROFA LO | 10/05/2022 | 8/1/2022 | 8/31/2022 | 000074705 90 |
| PRPD - Products Property Damage Liability | 001 | $1,595.84 | EFT01-0002615943 | LEE HERNAN DEZ LANDRU M, | 10/05/2022 | 8/1/2022 | 8/31/2022 | 000074705 90 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| PRPD - Products Property Damage Liability | 001 | $324.00 | EFT01-0002504740 | LEE HERNANDEZ LANDRUM, GAROFALO | 04/05/2022 | 1/4/2022 | 1/12/2022 | 00006863744 |
| PRPD - Products Property Damage Liability | 001 | $1,520.33 | 896D-0096151320 | LEGAL COST CONSULTANTS, INC | 02/22/2022 | | | |
| PRPD - Products Property Damage Liability | 001 | $1,277.00 | EFT01-0002476792 | LEE HERNANDEZ LANDRUM, GAROFALO | 02/17/2022 | 12/1/2021 | 12/29/2021 | 00006735348 |
| PRPD - Products Property Damage Liability | 001 | $2,729.81 | 896D-0096021272 | LEGAL COST CONSULTANTS, INC | 01/12/2022 | | | |
| PRPD - Products Property Damage Liability | 001 | $12,627.00 | EFT01-0002453859 | LEE HERNANDEZ LANDRUM, GAROFALO | 01/07/2022 | 11/1/2021 | 11/30/2021 | 00006639016 |
| PRPD - Products Property Damage Liability | 001 | $47.00 | EFT01-0002444173 | LEE HERNANDEZ LANDRUM, GAROFALO | 12/20/2021 | 10/1/2021 | 10/31/2021 | 00006538036 |
| PRPD - Products Property Damage Liability | 001 | $4,158.00 | EFT01-0002444173 | LEE HERNANDEZ LANDRUM, GAROFALO | 12/20/2021 | 10/1/2021 | 10/31/2021 | 00006538036 |
| PRPD - Products Property Damage Liability | 001 | $94.75 | EFT01-0002442166 | LEE HERNANDEZ LANDRUM, GAROFALO | 12/17/2021 | 9/2/2021 | 9/29/2021 | 00006538522 |
| PRPD - Products Property Damage Liability | 001 | $1,238.93 | 896D-0095936948 | LEGAL COST CONSULTANTS, INC | 12/15/2021 | | | |
| PRPD - Products Property Damage Liability | 001 | $53.50 | EFT01-0002424713 | LEE HERNANDEZ LANDRUM, GAROFALO | 11/16/2021 | 9/2/2021 | 9/30/2021 | 00006426422 |
| PRPD - Products Property Damage Liability | 001 | $1,034.50 | EFT01-0002424713 | LEE HERNANDEZ LANDRUM, GAROFALO | 11/16/2021 | 9/2/2021 | 9/30/2021 | 00006426422 |
| PRPD - Products Property Damage Liability | 001 | $2,232.00 | EFT01-0002405596 | LEE HERNANDEZ LANDRUM, GAROFALO | 10/14/2021 | 8/1/2021 | 8/31/2021 | 00006344198 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| PRPD - Products Property Damage Liability | 001 | $23.73 | 896D-0095688062 | LEGAL COST CONSULTANTS, INC | 10/01/2021 | | | |
| PRPD - Products Property Damage Liability | 001 | $9,065.25 | 896D-0095656649 | LEGAL COST CONSULTANTS, INC | 09/21/2021 | | | |
| PRPD - Products Property Damage Liability | 001 | $47.00 | EFT01-0002389321 | LEE HERNANDEZ LANDRUM, GAROFALO | 09/17/2021 | 7/1/2021 | 7/30/2021 | 00006251523 |
| PRPD - Products Property Damage Liability | 001 | $7,470.00 | EFT01-0002389321 | LEE HERNANDEZ LANDRUM, GAROFALO | 09/17/2021 | 7/1/2021 | 7/30/2021 | 00006251523 |
| PRPD - Products Property Damage Liability | 001 | $3,357.00 | EFT01-0002365596 | LEE HERNANDEZ LANDRUM, GAROFALO | 08/06/2021 | 6/1/2021 | 6/30/2021 | 00006158391 |
| PRPD - Products Property Damage Liability | 001 | $42,829.80 | 896D-0095468898 | LEGAL COST CONSULTANTS, INC | 07/26/2021 | | | |
| PRPD - Products Property Damage Liability | 001 | $8,010.00 | EFT01-0002357534 | LEE HERNANDEZ LANDRUM, GAROFALO | 07/23/2021 | 5/1/2021 | 5/28/2021 | 00006091539 |
| PRPD - Products Property Damage Liability | 001 | $94.00 | EFT01-0002344399 | LEE HERNANDEZ LANDRUM, GAROFALO | 07/01/2021 | 4/1/2021 | 4/30/2021 | 00006062558 |
| PRPD - Products Property Damage Liability | 001 | $4,104.00 | EFT01-0002344399 | LEE HERNANDEZ LANDRUM, GAROFALO | 07/01/2021 | 4/1/2021 | 4/30/2021 | 00006062558 |
| PRPD - Products Property Damage Liability | 001 | $9,720.00 | EFT01-0002332302 | LEE HERNANDEZ LANDRUM, GAROFALO | 06/10/2021 | 1/6/2021 | 3/31/2021 | 00005949886 |
| PRPD - Products Property Damage Liability | 001 | $4,450.00 | 896D-0094949159 | CASTLE, DEKKER & BELLAGAMBA | 02/24/2021 | | | |
| PRPD - Products Property Damage Liability | 001 | $833.03 | 896D-0094932589 | LEGAL COST CONSULTANTS, INC | 02/19/2021 | | | |
| PRPD - Products Property | 001 | $34,756.25 | EFT01-0002256147 | LEE HERNANDEZ | 02/04/2021 | 10/1/2020 | 12/28/2020 | 00005620397 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Damage Liability | | | | LANDRUM, GAROFALO | | | | |
| PRPD - Products Property Damage Liability | 001 | $4,779.91 | 896D-0094834637 | LEGAL COST CONSULTANTS, INC | 01/21/2021 | | | |
| PRPD - Products Property Damage Liability | 001 | $94.00 | EFT01-0002221645 | LEE HERNANDEZ LANDRUM, GAROFALO | 12/03/2020 | 7/1/2020 | 9/30/2020 | 00005296148 |
| PRPD - Products Property Damage Liability | 001 | $38,745.00 | EFT01-0002221645 | LEE HERNANDEZ LANDRUM, GAROFALO | 12/03/2020 | 7/1/2020 | 9/30/2020 | 00005296148 |
| PRPD - Products Property Damage Liability | 001 | $14,296.50 | EFT01-0002156996 | LEE HERNANDEZ LANDRUM, GAROFALO | 08/12/2020 | 4/1/2020 | 6/30/2020 | 00005092784 |
| PRPD - Products Property Damage Liability | 001 | $1,400.06 | EFT01-0002090123 | LEE HERNANDEZ LANDRUM, GAROFALO | 04/17/2020 | 1/1/2020 | 3/31/2020 | 00004816039 |
| PRPD - Products Property Damage Liability | 001 | $14,886.75 | EFT01-0002090123 | LEE HERNANDEZ LANDRUM, GAROFALO | 04/17/2020 | 1/1/2020 | 3/31/2020 | 00004816039 |
| PRPD - Products Property Damage Liability | 001 | $4,031.31 | 896D-0093849098 | LEGAL COST CONSULTANTS, INC. | 04/10/2020 | | | |
| PRPD - Products Property Damage Liability | 001 | $3,625.65 | 896D-0093849097 | LEGAL COST CONSULTANTS, INC. | 04/10/2020 | | | |
| PRPD - Products Property Damage Liability | 001 | $26,681.00 | 896D-0093673525 | LEGAL COST CONSULTANTS, INC | 02/26/2020 | | | |
| PRPD - Products Property Damage Liability | 001 | $135.12 | EFT01-0002046837 | LEE HERNANDEZ LANDRUM, GAROFALO | 02/05/2020 | 10/1/2019 | 12/31/2019 | 00004593704 |
| PRPD - Products Property Damage Liability | 001 | $28,635.75 | EFT01-0002046837 | LEE HERNANDEZ LANDRUM, GAROFALO | 02/05/2020 | 10/1/2019 | 12/31/2019 | 00004593704 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| PRPD - Products Property Damage Liability | 001 | $146.48 | EFT01-0001981454 | LEE HERNANDEZ LANDRUM, GAROFALO | 10/17/2019 | 7/1/2019 | 9/29/2019 | 00004356552 |
| PRPD - Products Property Damage Liability | 001 | $13,595.75 | EFT01-0001981454 | LEE HERNANDEZ LANDRUM, GAROFALO | 10/17/2019 | 7/1/2019 | 9/29/2019 | 00004356552 |
| PRPD - Products Property Damage Liability | 001 | $3,156.32 | 896D-0093103292 | LEGAL COST CONSULTANTS, INC. | 10/10/2019 | | | |
| PRPD - Products Property Damage Liability | 001 | $23,795.86 | 896D-0093079058 | LEGAL COST CONSULTANTS, INC. | 10/04/2019 | | | |
| PRPD - Products Property Damage Liability | 001 | $186,235.30 | 896D-0093079058 | LEGAL COST CONSULTANTS, INC. | 10/04/2019 | | | |
| PRPD - Products Property Damage Liability | 001 | $793.15 | EFT01-0001957720 | LEE, HERNANDEZ, LANDRUM & CARLSON, LAS VEGAS | 09/09/2019 | 4/16/2019 | 6/29/2019 | 00004247178 |
| PRPD - Products Property Damage Liability | 001 | $10,378.50 | EFT01-0001957720 | LEE, HERNANDEZ, LANDRUM & CARLSON, LAS VEGAS | 09/09/2019 | 4/16/2019 | 6/29/2019 | 00004247178 |
| PRPD - Products Property Damage Liability | 001 | $1,320.00 | EFT01-0001956283 | LEE, HERNANDEZ, LANDRUM & CARLSON, LAS VEGAS | 09/06/2019 | 4/2/2019 | 4/15/2019 | 00004247177 |
| PRPD - Products Property Damage Liability | 001 | $199.70 | EFT01-0001877143 | LEE, HERNANDEZ, LANDRUM, GAROFALO & BLAKE, LAS VEGA | 04/24/2019 | 1/2/2019 | 3/31/2019 | 00003920753 |
| PRPD - Products Property Damage Liability | 001 | $18,051.00 | EFT01-0001877143 | LEE, HERNANDEZ, LANDRUM, GAROFALO & BLAKE, LAS VEGA | 04/24/2019 | 1/2/2019 | 3/31/2019 | 00003920753 |
| PRPD - Products Property Damage Liability | 001 | $113,790.00 | 896D-0092218636 | LEE HERNANDEZ LANDRUM GAROFA | 03/12/2019 | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | LO & BLAKE | | | | |
| PRPD - Products Property Damage Liability | 001 | $112,434.00 | 896D-0092218635 | LEE HERNANDEZ LANDRUM GAROFALO & BLAKE | 03/12/2019 | | | |
| PRPD - Products Property Damage Liability | 001 | $47,263.50 | EFT01-0001836515 | LEE, HERNANDEZ, LANDRUM, GAROFALO & BLAKE, LAS VEGA | 02/15/2019 | 12/1/2018 | 12/20/2018 | 00003714446 |
| PRPD - Products Property Damage Liability | 001 | $3,217.50 | EFT01-0001774738 | LEE, HERNANDEZ, LANDRUM, GAROFALO & BLAKE, LAS VEGA | 10/29/2018 | 7/1/2018 | 9/27/2018 | 00003500331 |
| PRPD - Products Property Damage Liability | 001 | $7,062.00 | EFT01-0001718370 | LEE, HERNANDEZ, LANDRUM, GAROFALO & BLAKE, LAS VEGA | 07/24/2018 | 5/1/2018 | 6/1/2018 | 00003262800 |
| PRPD - Products Property Damage Liability | 001 | $6,566.50 | EFT01-0001704325 | LEE, HERNANDEZ, LANDRUM, GAROFALO & BLAKE, LAS VEGA | 06/27/2018 | 2/28/2018 | 4/29/2018 | 00003194312 |
| **Total** | | **$885,678.08** | | | | | | |