**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**(Oakland)**

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation; and THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, a Connecticut corporation,

Plaintiffs,
v.

PROJECT FROG, INC., a Delaware corporation; USS CAL BUILDERS, INC., a California corporation; ROCKHILL INSURANCE COMPANY, and DOES 1 through 10 inclusive,

Defendants.

**CASE NO. 4:21-cv-09727-AMO**

**DECLARATION OF SERVICE**

I, the undersigned, declare:

That I am over the age of eighteen years and not a party to the case; I am employed in, or am a resident of, the County of San Diego, California where the service occurred; and my business address is: 402 West Broadway, Suite 1010, San Diego, California.

On October 22, 2026, I served the following document(s):

1. **USS CAL BUILDERS, INC.'S OPPOSITION TO MOTION FOR SUMMARY JUDGMENT FOR REIMBURSEMENT OF DEFENSE EXPENSES FROM USS CAL;**
2. **DECLARATION OF JAMES T. DERFLER IN SUPPORT OF USS CAL BUILDERS, INC.'S OPPOSITION TO MOTION FOR SUMMARY JUDGMENT FOR REIMBURSEMENT OF DEFENSE EXPENSES FROM USS CAL;**
   a. **Exhibit A – Excerpt of Spreadsheet Matrix contained in Daley Declaration; and**
   b. **Exhibit B - Excerpt of Spreadsheet Matrix contained in Daley Declaration.**

in the following manner:

☒ By Electronic Transfer. I caused all of the above-entitled document(s) to be served through CM/ECF addressed to all parties named below. A copy of the Notice of Electronic Filing page will be maintained with the original document(s) in our office.

**SEE ATTACHED SERVICE LIST**

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 22, 2026, at San Diego, California.

Michelle Davis

| PARTY | COUNSEL |
|---|---|
| **Attorneys for Plaintiffs**<br>**TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA and THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT** | A. Eric Aguilera, Esq.<br>Lindsee Falcone, Esq.<br>V. René Daley, Esq.<br>The Aguilera Law Group, APLC<br>23046 Avenida De La Carlota, Suite 300<br>Laguna Hills, CA 92653<br>Tel: 714.384.6600 **/ Fax: 714.384.6601**<br>eaguilera@aguileragroup.com<br>lfalcone@aguileragroup.com<br>rdaley@aguileragroup.com<br><br>cc: Lindsay Urlaub<br>lurlaub@aguileragroup.com |
| **Attorneys for Defendant**<br>**PROJECT FROG, INC.** | Joren S. Ayala-Bass, Esq.<br>Ayala-Bass Law P.C.<br>201 Spear Street, Suite 201<br>San Francisco, CA 94105<br>Tel: 650.746.3533<br>joren@ayalabasslaw.com |
| **Co-Counsel for Defendant**<br>**PROJECT FROG, INC.** | Jordan A. Rodman, Esq.<br>Karin Landry, Esq.<br>Rodman & Associates PC<br>3562 Round Barn Circle, Suite 216<br>Santa Rosa, CA 95403<br>Tel: 707.278.9878 **/ Fax: 707.278.9880**<br>jrodman@rodman-law.com<br>klandry@rodman-law.com<br><br>cc: Suan Coffin, Paralegal<br>scoffin@rodman-law.com<br>Christine Chavez, Legal Assistant<br>cchavez@rodman-law.com |
| **Attorneys for Defendant**<br>**ROCKHILL INSURANCE COMPANY** | Scott J. Vida, Esq.<br>Pollak Vida & Barer<br>11500 West Olympic Boulevard, Suite 400<br>Los Angeles, CA 90064<br>Tel: 310.551.3400 **/ Fax: 310.551.1036** |

| PARTY | COUNSEL |
| --- | --- |
| | scott@pollakvida.com<br>rebecca@pollakvida.com<br><br>cc: Natalie Halpern<br>natalie@pollakvida.com<br>Lisa Romero – Legal Assistant<br>lisa@pollakvida.com |